## LATTIMORE v. STATE.
### No. 18361.

Court of Criminal Appeals of Texas.
April 15, 1936.

Baskett & Parks, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, five years in the penitentiary.

We find in the record an affidavit in due form asking that the appeal be dismissed. The request is granted.

The appeal is dismissed.